

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61464-CIV-SEITZ/WHITE

ANTHONY GARLAND,

    Plaintiff,

v.

BROWARD COUNTY COURTHOUSE, *et al.,*

    Defendants.
_____/

### ORDER AFFIRMING MAGISTRATE REPORT AND CLOSING CASE

THIS MATTER is before the Court upon the Report of Magistrate Judge issued by the Honorable Patrick A. White, United States Magistrate Judge [DE-5]. In the Report, Magistrate Judge White recommends that Plaintiff, Anthony Garland's complaint be dismissed without prejudice because Plaintiff's complaint violates 28 U.S.C. § 1915(g). The Report notes that Plaintiff has filed numerous civil actions that have been dismissed as frivolous, malicious, or for failure to state a claim and that Plaintiff's current complaint does not establish that Plaintiff is under imminent danger of serious physical injury. The Report further recommends that all pending motions be denied as moot. Plaintiff has not filed objections to the Report. Having carefully reviewed, *de novo*, Magistrate Judge White's thorough Report and the record, it is hereby

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-5] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Plaintiff's complaint [DE-1] is DISMISSED without prejudice with leave to reopen the case upon payment of the full filing fee of $350.00 within ten (10) days of this Order;

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 26th day of October, 2009.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record/*Pro se party*